1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JIMMIE R. CARNES, JR.,                    Case No.  2:24-cv-0502-DJC-JDP (P)

12                    Plaintiff,

13          v.                                  ORDER

14    SACRAMENTO COUNTY MAIN JAIL,
      et al.,
15
                      Defendants.
16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On April 17, 2025, the Magistrate Judge filed findings and recommendations

21    herein which were served on Plaintiff, and which contained notice to Plaintiff that any

22    objections to the findings and recommendations were to be filed within fourteen

23    days.  Plaintiff has not filed objections to the findings and recommendations.

24          The Court presumes that any findings of fact are correct.  *See Orand v. United*

25    *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law

26    are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007)

27    ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the

28

                                              1

district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations, filed April 17, 2025, are adopted in full;

2.  This action is DISMISSED without prejudice for failure to prosecute and failure to comply with court orders for the reasons set forth in the November 18, 2024 order.  *See* ECF No. 16; and

3.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **May 23, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2